373 A.2d 1135

Commonwealth v. Robinson, Appellant.

606

Submitted December 6, 1976. Richard Max Bockol, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., dissents.